**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLONE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UPSTATE WHOLESALE SUPPLY INC. D/B/A BRITE COMPUTERS, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 21-3194 |

**STIPULATION AND ORDER TO STAY PROCEEDINGS
PENDING COMPLETION OF SETTLEMENT CONDITIONS**

WHEREAS, Plaintiff Clone Systems, Inc. and Defendant Upstate Wholesale Supply Inc. d/b/a Brite Computers have executed a settlement agreement resolving the claims and counterclaims asserted in the above-captioned case;

WHEREAS, the settlement agreement sets forth certain conditions that must occur before settlement is final;

WHEREAS, the parties anticipate those conditions occurring within ninety days of the date of this Stipulation; and

WHEREAS, the parties intend to promptly file a stipulation dismissing the above-captioned case with prejudice once the necessary conditions have been satisfied.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, and subject to approval of the Court, that the above-captioned case is STAYED for ninety days.

Dated: January 21, 2022

| | |
|---|---|
| */s/ William E. Mahoney, Jr.* | */s/ Benjamin N. Simler* |
| William E. Mahoney, Jr. | Benjamin N. Simler (PA Bar No. 330134) |
| Samuel E. Paul | Tyler B. Burns (PA Bar No. 325660) |
| STRADLEY RONON STEVENS & YOUNG, LLP | Ballard Spahr LLP |
| 2005 Market Street, Suite 2600 | 1735 Market Street, 51st Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103-7599 |
| T:  (215) 564-8000 | Telephone: 215.864.8872 |
| F:  (215) 564-8120 | Facsimile: 215.864.8999 |
| Email: wmahoney@stradley.com | simlerb@ballardspahr.com |
| Email: spaul@stradley.com | burnst@ballardspahr.com |
| | |
| *Attorneys for Defendant, Upstate Wholesale Supply, Inc. d/b/a/ Brite Computers* | -and- |
| | OF COUNSEL: |
| | Richard W. Miller (*pro hac vice*) |
| | Ballard Spahr LLP |
| | 999 Peachtree Street NE, Suite 1000 |
| | Atlanta, GA 30309 |
| | Tel: (678) 420-9300 |
| | Fax: (678) 420-9301 |
| | millerrw@ballardspahr.com |
| | |
| | *Attorneys for Plaintiff Clone Systems, Inc.* |

Dated: 1/25/2022                    **SO ORDERED:**

  /s/ MICHAEL M. BAYLSON
_____
The Honorable Michael M. Baylson

2