IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLONE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UPSTATE WHOLESALE SUPPLY INC. D/B/A BRITE COMPUTERS, et al. <br><br> Defendant. | CIVIL ACTION <br><br> NO. 21-3194 |

## STIPULATION FOR DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a) & (c), all parties that have appeared stipulate as follows:

This action is hereby DISMISSED WITH PREJUDICE with respect to claims and counterclaims asserted by Plaintiff Clone Systems, Inc. ("Clone") and Defendant Upstate Wholesale Supply Inc., d/b/a Brite Computers each against the other, with each party to bear its own costs and fees.

This action is hereby DISMISSED WITHOUT PREJUDICE with respect to claims asserted by Clone against non-appearing Defendant Independent Health Association, Inc.

Dated: June 1, 2022

| | |
|---|---|
| */s/ William E. Mahoney, Jr.* (with permission) | */s/ Benjamin N. Simler* |
| William E. Mahoney, Jr. | Benjamin N. Simler (PA Bar No. 330134) |
| Samuel E. Paul | Tyler B. Burns (PA Bar No. 325660) |
| STRADLEY RONON STEVENS & YOUNG, LLP | Ballard Spahr LLP |
| 2005 Market Street, Suite 2600 | 1735 Market Street, 51st Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103-7599 |
| T:  (215) 564-8000 | Telephone: 215.864.8872 |
| F:  (215) 564-8120 | Facsimile: 215.864.8999 |
| Email: wmahoney@stradley.com | simlerb@ballardspahr.com |
| Email: spaul@stradley.com | burnst@ballardspahr.com |

*Attorneys for Defendant, Upstate Wholesale Supply, Inc. d/b/a/ Brite Computers*

-and-

OF COUNSEL:

Richard W. Miller (*pro hac vice*)
Ballard Spahr LLP
999 Peachtree Street NE, Suite 1000
Atlanta, GA 30309
Tel: (678) 420-9300
Fax: (678) 420-9301
millerrw@ballardspahr.com

*Attorneys for Plaintiff Clone Systems, Inc.*

Dated: June 2, 2022.

**SO ORDERED:**

/s/ MICHAEL M. BAYLSON
_____
The Honorable Michael M. Baylson

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day I caused to be served a true and correct copy of the foregoing document on all parties appearing in this case by e-mail, as follows:

William E. Mahoney, Jr.
Samuel E. Paul
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Email: wmahoney@stradley.com
Email: spaul@stradley.com
Attorneys for Defendant Upstate Wholesale Supply, Inc. d/b/a/ Brite Computers

Dated: June 1, 2022         */s/ Benjamin N. Simler*
                                              Benjamin N. Simler